BEN YU CREDITOR MATRIX

SETH COHEN
2355 WESTWOOD BLVD #1518
LOS ANGELES, CA 90064

VERIZON
ONE VERIZON WAY
BASKING RIDGE, NJ 07920



FILED

DEC 09 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA