Ben Yu
115 College Ave,
Mountain View, CA 94040
Telephone: (650) 229-8391
Email: mtvbenyu@gmail.com

Debtor without an attorney

**FILED**

JAN 0 6 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 22-51110 |
| Ben Yu,<br><br>Debtor. | **DECLARATION IN SUPPORT OF *EX PARTE* MOTION TO SET HEARING FOR EXTENSION OF THE AUTOMATIC STAY** |

Debtor, Ben Yu, in support of the *Ex Parte* Motion to Set Hearing For Extension of the Automatic Stay, states as follows:

1. I filed this current Chapter 13 bankruptcy petition on December 9, 2022.

2. I filed Bankruptcy Case No. 22-50976 ("Prior Case") on October 26, 2022, in the United States Bankruptcy Court, Northern District of California, San Jose Division, under Chapter 13. The Prior Case was automatically dismissed for not filing required documents in time.

3. My current case was filed in good faith. As *pro se* without an attorney, I did not realize the deadlines in the Prior Case (and missed a filing deadline in the Prior case).

4. Due to the dismissal of the Prior Case, the automatic stay of this current case will expire **30 days** after the date of filing this current case (**December 9, 2022**), thus the expiration date of the automatic stay of this current case is **January 8, 2023**. However, my house is set for an **imminent foreclosure auction sale on January 11, 2023**, which is just a few days after the expiration of the current automatic stay of this current case.

5. I had no other pending bankruptcy cases dismissed in the preceding one-year period.

6. I did not have any prior cases dismissed in the past year for any of the following reasons:
   a. failure to file or amend other required documents without substantial excuse;
   b. failure to provide adequate protection as ordered by the Court; or
   c. failure to perform the terms of a plan confirmed by the Court.

7. There has been a substantial change in the circumstances since the dismissal of the Prior Case. I am now fully aware of all the deadlines in this current case and is retaining an attorney who will file/fix all the required documents in time, and I believe that this current

1

case will result in a confirmed plan that will be fully performed.

8. I called the foreclosing creditor Douglas Sykes's attorney Reilly Wilkinson in San Rafael three times on January 5, 2023 and left a voicemail. I have not heard back from Reilly Wilkinson. I called and spoke to the other creditors on January 5, 2023 and none of the other creditors had any objections to a hearing on a shortened time for an extension of the automatic stay.

9. I am requesting that the Court set a hearing on a shortened time by January 10, 2023 for an extension of the automatic stay for the following reasons: My current case was filed in good faith (as pro se without an attorney, I did not realize the deadlines in the Prior Case); I believe that this current case will result in a confirmed plan that will be fully performed; and I am in vital need of an extension of the automatic stay protection in order to save my house from an imminent foreclosure auction sale currently scheduled on January 11, 2023. If a shorted hearing by January 10, 2023 is not available, I request that this Court enter a temporary Order extending the automatic stay until the hearing date.

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Janurary 5, 2023

_Ben Yin_
_____
Signature of Debtor

2