E. Vincent Wood (Bar No. 297132)
Law Offices of E. Vincent Wood
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Tel. (925) 278-6680
Fax. (925) 955-1655
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re )  Chapter 13 Case No.: 22-51110-MEH
)
    Ben Yu )  SUBSTITUTION OF ATTORNEY
)
)
)
)
)
)
                   Debtor )
)
)
)

    I, Ben Yu, hereby substitute my new attorney of record E. Vincent Wood, Attorney at Law, 2950 Buskirk Ave., Suite 300, Walnut Creek, CA 94597, in place of my Pro Se case.

Date: January 6, 2023          /s/ Ben Yu
                                Signature of Ben Yu

Above substitution of attorney accepted.

Date: January 6, 2023          /s/ E. Vincent Wood
                                E. Vincent Wood, New Attorney for Debtor