E. Vincent Wood (Bar No. 297132)
Law Offices of E. Vincent Wood
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Tel. (925) 278-6680
Fax. (925) 955-1655

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>    Ben Yu<br><br>                    Debtor(s) | Chapter 13 Case No. 22-51110-MEH<br><br>**DECLARATION OF E. VINENT WOOD IN SUPPORT OF EX PARTE APPLICATION TO EXTEND DEADLINE TO FILE SCHEDULES** |

I, E. Vincent Wood, declare as follows:

1. I am the counsel for the Debtor in the above-captioned case. I make this declaration in support of the Ex Parte Application to Extend Deadline to File Schedules. The matters stated below are made and based upon my personal knowledge, except for those matters stated upon information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would testify to the matters as set forth below.

2. The Pro Se case was filed on December 9, 2022 (the "Petition Date") as an emergency skeleton basis to enjoin a foreclosure sale scheduled against the real

property of the estate commonly known as 115 College Ave., Mountain View, CA 94040 (the "Subject Property").

3. On December 28, 2022, Debtor obtained an Order on the Motion to Extend Time to file the Complete Schedules (ECF #18).

4. The schedules are presently due by January 6, 2023.

5. I was retained on or about January 6, 2023.

6. I require additional time to gather the items needed to file Debtor's schedules and Chapter 13 plan.

7. For the above reasons, and for good cause shown, the Debtor respectfully seeks approval from the Bankruptcy Court to extend by 14 days – or until January 20, 2023 – the deadline to file the balance of schedules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 6, 2023, at Walnut Creek, California.

        /s/ E. Vincent Wood
        E. Vincent Wood
        Attorney for Debtor