**Entered on Docket**
**January 06, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: January 6, 2023

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BEN YU,<br><br>Debtor. | Case No. 22-51110 MEH<br><br>Chapter 13<br><br><u>Hearing Date</u><br>Date: January 10, 2023<br>Time: 10:00 a.m.<br><br>Hearing will be conducted either<br>  (1) as a video hearing through Zoom or<br>  (2) in person at:<br>     280 S. First Street, Courtroom 11<br>     San Jose, CA 95113 |

<u>ORDER EXTENDING AUTOMATIC STAY</u>

On January 4, 2023, Debtor filed an *Ex Parte Motion to Extend the Automatic Stay* ("Motion") to prevent imminent foreclosure (Doc. # 21). The court denied Debtor's ex parte motion and Debtor filed a request to shorten time regarding his Motion.

The court may extend the automatic stay as to any or all creditors "subject to such conditions or limitations as the court may impose." 11 U.S.C. § 362(c)(3)(B). The court has considered the motion to extend the automatic stay, as well as the history of this case and the predecessor case filed by Debtor. Based on the motion, Debtor's history in bankruptcy, and the full docket in Debtor's prior bankruptcy case,

1

IT IS HEREBY ORDERED:

1. The automatic stay is extended in this case through January 10, 2023.

2. A hearing is set on this matter for January 10, 2023, at 10:00 a.m.

3. Debtor's counsel shall notify counsel for the foreclosing creditor, Reilly Wilkinson, by phone and email of the January 10, 2023 hearing at 10:00 a.m. Notice must be provided no later than January 6, 2023, at 8:00 p.m.

IT IS SO ORDERED.

**END OF ORDER**

COURT SERVICE LIST

Via ECF:

All ECF Recipients