DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

BEN YU

                   Debtor

) Chapter 13
) Case No. 22-51110 MEH
)
) TRUSTEE'S OBJECTION TO CONFIRMATION
) WITH CERTIFICATE OF SERVICE
)
) 341 Meeting Date: JANUARY 23, 2023, @ 9:30 AM
) Confirmation Hearing Date: FEBRUARY 9, 2023
) Confirmation Hearing Time: 1:30 PM
) Place: Telephonic or Video Only
)
) Judge: M. Elaine Hammond

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)) because the Debtor has not filed a Chapter 13 Plan, Form B22C1 and possibly From B22C2, a Statement of Financial Affairs and all required schedules. Until the Debtor files all required documents and/or schedules, the Trustee will be unable to recommend confirmation.

Dated: January 18, 2023

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

Trustee's Objection to Confirmation–22-51110 MEH

1

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Court, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on January 18, 2023.

Said envelopes were addressed as follows:

| | |
|---|---|
| BEN YU<br>115 COLLEGE AVE<br>MOUNTAIN VIEW, CA 94040 | LAW OFFICES OF E VINCENT WOOD<br>2950 BUSKIRK AVE #300<br>WALNUT CREEK, CA 94597 |

/S/ Tania Ribeiro
Office of Devin Derham-Burk, Trustee