Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | | |
|---|---|---|
| In Re: | Ben Yu | Case No.: 22–51110 MEH 13 |
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Second Order To File Documents , filed on 1/10/2023 . Therefore, it is ordered that this case be **dismissed**.

Dated: 1/23/23

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge