United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No. 22-51110-MEH |
| Ben Yu | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 23, 2023 | Form ID: NDC | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ben Yu, 115 College Ave, Mountain View, CA 94040-1512 |
| reqntc | + | Douglas G. Sykes, c/o SCHEER LAW GROUP, LLP, 85 Argonaut #202, Aliso Viejo, CA 92656-4128 |
| 15462240 | + | DOUGLAS SYKES c/o SCHEER LAW GROUP, LLP, 155 NORTH REDWOOD DR #100, SAN RAFAEL, CA 94903-1966 |
| 15456294 | + | SETH COHEN, 2355 WESTWOOD BLVD #1518, LOS ANGELES,CA 90064-2109 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jan 24 2023 11:35:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 24 2023 11:38:00 | CA Franchise Tax Board, Attn: Special Procedures, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: CALTAXFEE | Jan 24 2023 11:39:00 | State Board of Equalization, Attn: Special Procedures Section, MIC:55, P.O. Box 942879, Sacramento, CA 94279 |
| smg | | EDI: IRS.COM | Jan 24 2023 11:40:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15462239 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 24 2023 00:31:00 | SHELL POINT, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 15456295 | + | EDI: VERIZONCOMB.COM | Jan 24 2023 11:35:00 | VERIZON, ONE VERIZON WAY, BASKING RIDGE, NJ 07920-1097 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Douglas E. Sykes |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Devin Derham-Burk | ctdocs@ch13sj.com |
| E. Vincent Wood | on behalf of Debtor Ben Yu calendar@woodbk.com  calendar@ecf.courtdrive.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Reilly Wilkinson | on behalf of Creditor Douglas E. Sykes rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Ben Yu | Case No.: 22−51110 MEH 13 |
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Second Order To File Documents, filed on 1/10/2023 . Therefore, it is ordered that this case be **dismissed**.

Dated: 1/23/23

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge